**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

Case Number: 09-05318-jw

DISMISSAL ORDER

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

_____

**FILED BY THE COURT**
**01/07/2014**



*John E. Waites*

US Bankruptcy Judge    ©
District of South Carolina

Entered: 01/07/2014

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

IN RE:                                                          Bankruptcy No: 09-05318-jw
JONATHAN HARLLEE STONE
VICKI HARVEY STONE                                   (CHAPTER 13)
5240 ALLIGATOR COURT
CONWAY, SC 29526-7000
SS#1: XXX-XX-6139  SS#2: XXX-XX-8658

     Debtor(s)

**ORDER**

    The trustee's motion for dismissal pursuant to the court's order filed October 07, 2011 due to the debtor's failure to MAKE PAYMENTS is hereby granted, and the case is dismissed.

AND IT IS SO ORDERED.